IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:13CR487-1 |
| | : | |
| JERMAINE LAMONT JENKINS, | : | |
| also known as "Twin" | : | |

FACTUAL BASIS FOR A GUILTY PLEA

NOW COMES the United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, and states that the factual basis for a guilty plea is as follows:

On or about January 2, 2012, the United States Forestry Service ("USFS") investigated the breaking and entering of three vehicles and resultant thefts of USFS personnel's identification documents therefrom in the Pisgah National Forest.

On or about January 25, 2012, the Asheville Police Department arrested Vicki Lynn Brantley for passing forged checks with stolen identification and found her in possession of the identification and documents belonging to the USFS victims that were stolen on January 2, 2012, specifically that of an individual whose initials are K.L. USFS Special Agent Davis interviewed Brantley, who admitted to her involvement with an organized theft ring operating in the southern region of the

1

United States known as the "Felony Lane Gang."[1] Brantley identified Jermaine Lamont Jenkins (also known as "Twin") and Kevin Keys (also known as "Swag") from photo identification line-ups as her bosses and the leaders of this group. Brantley also provided law enforcement with several other corroborating details about Jermaine Jenkins and Keys, such as their home cities and other identifying details of each individual's physical person not shown in the photographs presented to her.

Brantley stated that Jermaine Jenkins provided her with the USFS victims' identification documents and that she was hired to pose as the women depicted in the photo identification documents, often wearing a wig, in order to cash checks made out to these individuals with checkbooks stolen from other victims. Brantley further gave local law enforcement permission to search her hotel room, where she was keeping various stolen forms of identification that Jermaine Jenkins had given to her earlier that month and asked that she hold for him. The means of identification belonged to real individuals. Brantley stated that some of the items were used and some were not, and that Jermaine Jenkins instructed her on the morning of January 25, 2012 to destroy them.

---

[1] The name refers to the drive-through lane that is positioned the farthest away from the bank teller window at a bank.

2

Brantley was interviewed and stated that she began working with the gang in October or November 2010 and she had traveled to Tennessee, South Carolina, North Carolina, and Texas, cashing stolen checks with many co-conspirators, including Jermaine Jenkins or Keys. She further relayed that this criminal conspiracy would make up to $10,000 a day passing stolen checks, and Brantley received a 10% share of the proceeds. Brantley stated that the group would stay in one town for one or two weeks until it got "hot."

Brantley further stated that when cashing fraudulently-issued checks, she was instructed by her "bosses" to pull into the lane at the bank farthest from the bank teller. One of her co-conspirators would be nearby in a different car. After Brantley departed the bank, she and the co-conspirator would switch vehicles so as to avoid law enforcement if the bank reported any suspicious activity. The group targeted parking lots in upscale neighborhoods for theft. They would wait for women to exit their vehicles without their purses and then break into their vehicles. Finally, Brantley noted that Jermaine Jenkins, Keys, and another unidentified co-conspirator were present in Asheville, North Carolina with her on the day that she was arrested, but left her when she was apprehended by law enforcement.

Brantley then admitted to her involvement in various specific incidents of substantive bank fraud. Specifically, on January 24, 2012, in Greenville, South Carolina, Brantley presented two checks made out to an individual whose initials are K.L. drawn on an account at Peoples National Bank ending 3083, belonging to real individuals whose initials are T.P. and C.P., and purporting to be signed by one of those individuals, but bearing a forged signature, for the procurement of $2,200 from SunTrust Bank. On that same day in the same city, utilizing the same unauthorized means of identification for the individuals whose initials are K.L., T.P., and C.P., and victimizing the same financial institutions, Brantley presented two checks for the procurement of $1,950.

Cellular telephone location records for the telephone number associated with the contact "Twin" in Brantley's cellular telephone confirmed Jermaine Jenkins' presence in Greenville, South Carolina near three different bank branches where the stolen checks were passed, as well as his presence near the National Pisgah Forest on January 2, 2012. Further, Brantley informed law enforcement that she used the means of identification of the individual whose initials are K.L. in Spartanburg and Greenville, South Carolina, at the direction of Jermaine Jenkins and Keys.

4

On or about December 4, 2012, the Concord Police Department ("CPD") contacted United States Secret Service ("USSS") Special Agent Ragland requesting assistance in an ongoing investigation wherein the targets were breaking into vehicles, stealing wallets and checkbooks, and then cashing the stolen checks written in other victims' names and using those other victims' stolen driver's licenses and credit cards as verifying forms of identification. The targets were hiring various females to submit the stolen checks for payment and to do so utilizing the "felony lane" at various bank drive-through tellers. Pursuant to this investigation, the USSS determined that Elizabeth Ann Wolford was captured by bank surveillance cameras on multiple occasions passing stolen checks – specifically, from September 18, 2012 – September 25, 2012 throughout Virginia[2] and on

---

[2] Specifically, on September 18, 2012 in Richmond, Virginia, Wolford presented, to SunTrust Bank, a check issued to an individual whose initials are D.L., drawn on an account at First Citizens Bank ending with 7882, belonging to individuals whose initials are R.M. and C.M. and purporting to be signed by one of those individuals, but bearing a forged signature, for the procurement of $1,875.00. On September 19, 2012, in Richmond, Virginia and Chesterfield County, Virginia, Wolford presented, to SunTrust Bank, multiple checks issued to an individual whose initials are D.L., drawn on an account at the State Employees' Credit Union ending with 1612, belonging to an individual whose initials are M.W. and purporting to be signed by that individual, but bearing a forged signature, for the procurement of approximately $4,900.00. From September 19, 2012 through September 21, 2012 in Richmond, Virginia and Chesterfield County, Virginia, Wolford presented to SunTrust Bank multiple checks issued to an individual whose initials are D.L., drawn on an account at First Citizens Bank ending with 7882, belonging to individuals whose initials are R.M. and C.M. and purporting to be signed by one of those individuals, but bearing a forged signature, for the procurement of approximately

5

November 15, 2012 in Concord, North Carolina,[3] at which time she was arrested by local authorities. During her interview, Wolford said that three of her co-conspirators had been detained at a traffic stop in Virginia within the past two months, and had possessed, respectively, approximately $15,000, $14,000 and $8,800 in cash. Law enforcement found a police report issued by the Chesterfield County Police Department in Virginia matching those details. Specifically, they learned that Jermaine Jenkins, Cedric Jenkins, and Dorick Hunt had been detained on September 19, 2012 and had cash with them in those approximate amounts. The three were driving a rental vehicle at the time

---

$5,675.00. On September 25, 2012 in Newport News, Virginia and York County, Virginia, Wolford presented multiple checks issued to an individual whose initials are T.W., drawn on an account at Renasant Bank ending with 0455, belonging to individuals whose initials are J.R. and P.Y. and purporting to be signed by one of those individuals, but bearing a forged signature, for the procurement of approximately $3,500.00.

[3] Specifically, on November 15, 2012 in Concord, North Carolina, Wolford presented to First Citizens Bank a check issued to an individual whose initials are C.M., drawn on an account at Allegacy ending with 0102, belonging to an individual whose initials are C.P. and purporting to be signed by that individual, but bearing a forged signature, for the procurement of $1,850.00. On the same day and in the same town, Wolford presented to First Citizens Bank a check issued to an individual whose initials are C.M., drawn on an account at OBX Bank ending with 1407, belonging to an organization whose initials are N.L. and purporting to be signed by an authorized signatory of that organization, but bearing a forged signature, for the procurement of $1,700.00. Again, on the same day and in the same town, Wolford presented to Bank of America a check issued to an individual whose initials are G.H., drawn on an account at First Federal Bank ending with 7202, belonging to an individual whose initials are L.C. and purporting to be signed by that individual, but bearing a forged signature, for the procurement of $1,800.00. Later investigation revealed that the means of identification for the victim L.C. were stolen from Clemmons, North Carolina on November 10, 2012.

6

and provided inconsistent explanations related to their travel and the source of the cash.

Wolford was released from custody on bond and continued to pass stolen checks with her co-conspirators. On December 19, 2012 and December 20, 2012, surveillance cameras at M&T Bank captured Wolford passing stolen checks at various branches in Delaware.[4] On February 7, 2013, she was arrested at her hotel room in Greenville, South Carolina by local authorities and agents with the USSS.

Wolford made another statement at that time. She admitted that, since the summer of 2012, she had traveled to approximately six different states cashing stolen checks with various co-conspirators, including the four male defendants. She identified Cedric Jenkins, whom she knew as "Ced," and Kevin Keys, whom she knew as "Swagg," from photographs and provided a physical description for Jermaine Jenkins and Dorick Hunt. She knew Jermaine Jenkins as "Twin" and Dorick Hunt as "D."

Wolford stated that she would receive $100 to $150 for each stolen check that she cashed and the remaining proceeds were given to either Jermaine Jenkins, Cedric Jenkins, Dorick Hunt,

---

[4] Specifically, from December 19, 2012 through December 20, 2012 in the Counties of Sussex and Dover in Delaware, Wolford presented to M&T Bank multiple checks issued to an individual whose initials are A.M., drawn on an account at Wells Fargo ending with 4175, belonging to individuals whose initials are N.L. and B.L. and purporting to be signed by one of those individuals, but bearing a forged signature, for the procurement of approximately $2,935.00.

7

Kevin Keys, or other unindicted co-conspirators, depending on which individual had provided her with the checks and went out with her to cash them. Wolford further stated that one of her male co-conspirators would give her cash to rent the vehicles she would use while passing the stolen checks. Wolford would drive one vehicle to pass the stolen check, while her co-conspirators would drive another vehicle, waiting nearby. After Wolford passed a check or attempted to pass one, she would meet up with the other car to return the IDs and hand over whatever cash she had received from the bank.

Wolford also told law enforcement how she and her co-conspirators tried to avoid apprehension. They used rental vehicles and would obscure the tags of the vehicle going through the teller lane. They would often switch vehicles after each pass or attempted pass of a stolen check. Jermaine Jenkins instructed Wolford on how to hold each check so as to not leave fingerprints. Cedric Jenkins had a police scanner "app" so he could listen to local law enforcement dispatch and determine whether the police were onto them. The male co-conspirators would give Wolford money and take her to a store to purchase wigs so that she could disguise herself in the teller lane.

After making this statement, Wolford led law enforcement to a location in the woods near her hotel room where she had

watched Cedric Jenkins bury a plastic-wrapped package. The package contained stolen victim checks, driver's licenses, credit cards, debit cards, and passports. Many of these items were traced back to the victims of vehicular break-ins. For example, one of these victims, W.R., had reported a breaking and entering of her vehicle in Cabarrus County on January 21, 2013. Another victim, V.L., reported a breaking and entering of her vehicle on September 11, 2012 in Forsyth County. The victims' accounts of the break-ins followed a similar pattern; many occurred at parking lots by fitness clubs, country clubs, or parks, and most happened in broad daylight. The package also included a piece of paper with handwritten personal-identifying information for the victim A.M. Wolford later stated that she and her co-conspirators referred to this as a "cheat sheet" and it was written for her use in going through the teller lane in case the teller asked a question regarding the victim's personal details and the means of identification were with the teller at that time.

Wolford gave law enforcement permission to search her cellular telephone, where they located a telephone number for the contact "Swagg." Records provided by Sprint Nextel Communications for that same number revealed that numerous telephone calls were exchanged between Wolford's telephone

9

number and the number associated with "Swagg" throughout January and February of 2013.

On March 20, 2013, Cedric Jenkins, Dorick Hunt, and unindicted co-conspirator Jarvis Hunt were detained in a traffic stop at a rest stop in Granville County, North Carolina. They were driving a rental vehicle at the time. Cedric Jenkins jumped out of the car and ran, but was apprehended by law enforcement. Near his flight path, officers found an envelope containing stolen forms of identification belonging to the victim E.B. and checks made out from the accounts of victims B.N and C.Q. to the victim E.B. The envelope also contained a piece of paper containing handwritten personal-identifying details for the victim E.B., similar in format to the "cheat sheet" for the victim A.M. recovered during the arrest of Wolford on February 7, 2013.

Law enforcement also recovered the following items from the three co-conspirators and/or their vehicle: large amounts of cash;[5] a window center punch; a receipt for the purchase of the window center punch from a Lowe's Home Improvement Center in Huntersville, North Carolina; work gloves; an iPad; and three cellular telephones. Surveillance video recovered from the Lowe's store showed Cedric Jenkins, Dorick Hunt, and Jarvis Hunt

---

[5] Specifically, Cedric Jenkins had a total of $302, Dorick Hunt had a total of $6,550, and Jarvis Hunt had a total of $7,248.

purchasing items at the self-service checkout lane at the time listed on the receipt recovered from the vehicle.

Several days later, Dennis Brandon, owner of the land adjacent to the Granville County rest stop where Cedric Jenkins, Dorick Hunt, and Jarvis Hunt were detained, found a package containing various IDs, bank cards, and checkbooks in the wood line of the rest stop. Brandon gave the package to the Granville County Sheriff's Office. It contained a Georgia driver's license and several bank cards belonging to the victim P.W. The package located outside of Wolford's hotel room on February 7, 2013 in Greenville, South Carolina contained a checkbook issued to that same victim.

A forensic analysis of the iPad recovered in the vehicle revealed that it was associated with the Google email account [cedj954@gmail.com](cedj954@gmail.com). The internet browser history iPad also contained the following searches conducted and/or resultant websites visited, all on March 20, 2013:

- What city is the Univ of NC?
- Wealthy Neighborhoods of US cities
- Raleigh #7 richest #13 most literate
- what is the richest city in NC?
- Wealthy Neighborhoods of NC Cities
- NC's richest communities revealed here

11

- Highest income zip codes in NC
- Richest city in NC

The iPad also had a police scanner "app" entitled "CopRadio" and multiple pictures posted to the social media website Instagram featuring Cedric Jenkins and Kevin Keys posing holding large amounts of cash.

On May 7, 2013, law enforcement with the Camden County Sheriff's Office in Georgia stopped a rental vehicle traveling southbound on I-95 for a traffic violation. Dorick Hunt was driving the car and Cedric Jenkins and Jarvis Hunt were passengers. All three men had outstanding warrants for their arrest. The men were all carrying large amounts of cash, totaling $11,491. In later interviews, Cedric Jenkins stated that he was unemployed and Hunt stated that the cash came from his job as a metal worker.

This the 9th day of July, 2014.

                                RIPLEY RAND
                                United States Attorney

                                /S/ JOANNA G. MCFADDEN
                                Assistant United States Attorney
                                NYSB No.: 4500948
                                United States Attorney's Office
                                101 S. Edgeworth St., 4th Floor
                                Greensboro, NC  27401
                                336/333-5351

CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Seth A. Neyhart, Esq.

/s/ JOANNA G. MCFADDEN
Assistant United States Attorney
NYSB No.: 4500948
United States Attorney's Office
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
336/333-5351