UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 1:13CR487-2 |
| | : | Superceding |
| CEDRIC DEWIN JENKINS | : | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

The Defendant, Cedric Dewin Jenkins, moves to continue his sentencing to on or after December 12, 2014. In support, the Defense submits the following:

1. The Government, by Ms. Joanna McFadden, does not object to this continuance.

2. Today, the Court granted a continuance in the sentencing of codefendant Jermaine Jenkins to December 12, 2014. (Doc. 147). One of the basis for continuance in that case was to allow the parties additional time to confer.

3. Codefendant Kevin Keys is also scheduled for sentencing on December 12.

4. Cedric Jenkins' sentencing memo asks the Court to vary the sentence downward to avoid unwarranted sentencing disparities and to promote respect for the law. The undersigned requests additional time to confer with the Government and to better demonstrate the similarities among Codefendants Cedric Jenkins, Kevin Keys, and Dorick Hunt.

5. Since both Kevin Keys and Jermaine Jenkins are scheduled for sentencing on December 12, it would seem that continuing Cedric Jenkins to this same date would not inconvenience the Court or the Government.

6. A draft order will be submitted.

Respectfully submitted, October 28, 2014.

/s/ William S. Trivette
Attorney At Law, PLLC
North Carolina State Bar No. 21490
301 N. Elm St., Suite 308 A
Greensboro, NC 27401
Telephone: (336) 441-8054
E-mail: trivette@triad.twcbc.com

**CERTIFICATE OF SERVICE**

I certify that on October 28, 2014, I filed this document in CM/ECF, which will notify all parties. I also served the foregoing upon Ms. Joanna McFadden, Mr. Stephen Inman, and Ms. Odessa Baker by email.

Respectfully submitted, October 28, 2014.

/s/ William S. Trivette
Attorney At Law, PLLC